THOMAS E. MOSS
UNITED STATES ATTORNEY
GEORGE W. BREITSAMETER
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV, SUITE 600
800 EAST PARK BOULEVARD
BOISE, IDAHO 82712-9903
(208) 334-1211

**U.S. COURTS**

**JAN 12 2010**

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 10-0015-S-**BLW** |
| Plaintiff, ) | INFORMATION |
| vs. ) | Vio. 18 U.S.C. § 1343 |
| BRENT BETHERS, ) | |
| Defendant. ) | |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

**Wire Fraud**
**(Vio. 18 U.S.C. § 1343)**

A.  Introduction

At all times material to this Information:

1.  That BRENT BETHERS was employed as a loan officer by American Home Mortgage.

*INFORMATION - 1*

B.   Scheme and Artifice to Defraud

2.   That from on or about January 2005, continuing to on or about August 2007, in the District of Idaho, the defendant, BRENT BETHERS, devised and intended to devise a scheme and artifice to defraud as to material matters and to obtain money and property by means of material false and fraudulent pretenses, representations and promises from mortgage lenders, including American Home Mortgage.

3.   It was part of the scheme that BRENT BETHERS assisted others, including S. Ferguson, in preparing for submission false and fraudulent loan applications to mortgage lenders, including American Home Mortgage, wherein borrowers appeared to have sufficient credit worthiness to support said loans when, in truth and in fact, they did not have the financial ability to repay the monies.

4.   It was further part of the scheme that in June 2006, BRENT BETHERS was approached by S. Ferguson regarding financing for a residential loan in the approximate amount of $1,499,999.00, in order to purchase said residence located in Eagle, Idaho, as an investment.

5.   It was further part of the scheme that on the aforesaid loan application BRENT BETHERS assisted S. Ferguson in misrepresenting on the loan application previously described that S. Ferguson intended to occupy the residence when, in truth and in fact, he had no such intent.

6.   It was further part of the scheme that on the aforesaid loan application BRENT BETHERS assisted S. Ferguson in misrepresenting that he had monthly income in the amount of $25,638.50; when, in truth and in fact, S. Ferguson had total monthly gross income substantially less than this amount.

*INFORMATION - 2*

7. It was further part of the scheme that between September 2002 and November 2006, BRENT BETHERS assisted S. Ferguson and others in the submission of false and fraudulent information to American Home Mortgage and other mortgage lenders.

C. Execution of the Scheme

8. On or about June 29, 2006, in the District of Idaho, the defendant, BRENT BETHERS, for the purpose of executing and attempting to execute the scheme and artifice, did knowingly execute the scheme to defraud as to material matters, and to obtain moneys and property owned by or under the custody or control of American Home Mortgage, by means of material false and fraudulent pretenses, representations and promises, on the afore-described $1,499,999.00 residential loan by then and there causing American Home Mortgage to fund the loan through a wire transfer of funds in said amount to a title company located in the District of Idaho; all in violation of Title 18, United States Code, Section 1343.

DATED this 12th day of January, 2010.

THOMAS E. MOSS
United States Attorney

_____
George W. Breitsameter
Assistant United States Attorney